(Official Form 1) (9/01)

**FORM B1**

| United States Bankruptcy Court<br>District of Idaho | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kenneth Sevy** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Jennifer Sevy** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Jennifer Aldrich**<br>**Jennifer Cantu** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1535 Miller Avenue**<br>**Burley, ID  83318** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1535 Miller Avenue**<br>**Burley, ID  83318** |
| County of Residence or of the<br>Principal Place of Business:   **Cassia** | County of Residence or of the<br>Principal Place of Business:   **Cassia** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check on box)<br>☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business  ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

Estimated Assets

| $0 to $50,000 ☑ | $50,000 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|

Estimated Debts

| $0 to $50,000 ☑ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|

Sam's Copy

POB 3014

Pocatello, ID 83206

VOLUNTARY PETITION

JIM D. PAPPAS

**(Official Form 1)  (9/01)**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **FORM B1, Page 2** Name of Debtor(s): **Kenneth Sevy & Jennifer Sevy** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

X **Kenneth Sevy**
Signature of Debtor

X **Jennifer Sevy**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date **4-9-04**

**Signature of Attorney**

X
Signature of Attorney for Debtor(s)

**Stanley Holloway 3106**
Printed Name of Attorney for Debtor(s)

**Whipple Law Office**
Firm Name

**P.O. Box 249**
Address

**Burley, ID 83318**

**(208) 678-5574**
Telephone Number

**4-9-04**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s)    Date  **4-9-04**

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

*© 1983-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

**VOLUNTARY PETITION**

**United States Bankruptcy Court**
**District of Idaho**

IN RE:

Kenneth Sevy & Jennifer Sevy

Debtor(s)

Case No. .................................................

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 2 | 6,070.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 924.57 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 16,844.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,850.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,790.00 |
| Total Number of Sheets in Schedules | | 18 | | | |
| Total Assets | | | 6,070.00 | | |
| Total Liabilities | | | | 17,769.03 | |

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE <u>Kenneth Sevy & Jennifer Sevy</u>
Debtor(s)

Case No. _____

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1983-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE A - REAL PROPERTY

IN RE Kenneth Sevy & Jennifer Sevy _____ Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 3 Kid's Beds - $290; Bed - $230; 4 Dressers - $130; Table w/7 chairs - $150; 3 TVs - $300; 2 VCRs - $120; DVD - $100; CDs - $70; Refridgerator - $450; Stove - $450; Silverware - $20; Dishes - 30; Microwave - $50; Couch - $300; Loveseat - $200; Chair/ottoman - $100; 3 Book Shelves - $150; Stereo - $150; Wall Decor - $300; Washer - $200; Dryer - $150. | C | 3,940.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and Personal Effects Husband - $200 Wife - $300 | C | 500.00 |
| 7. Furs and jewelry. | | Wedding Ring Set - $200; 2 Sets Earrings - $100 | C | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Bikes - $130; Golf Clubs - $100 | C | 230.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE Kenneth Sevy & Jennifer Sevy _____   Case No. _____
                            Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1985 Toyota Tercel<br>1990 Dodge Caravan (not running) | C<br>C | 600.00<br>500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 6,070.00 |

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

___0___ continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE <u>Kenneth Sevy & Jennifer Sevy</u> _____    Case No. _____

Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **3 Kid's Beds - $290; Bed - $230; 4 Dressers - $130; Table w/7 chairs - $150; 3 TVs - $300; 2 VCRs - $120; DVD - $100; CDs - $70; Refridgerator - $450; Stove - $450; Silverware - $20; Dishes - 30; Microwave - $50; Couch - $300; Loveseat - $200; Chair/ottoman - $100; 3 Book Shelves - $150; Stereo - $150; Wall Decor - $300; Washer - $200; Dryer - $150.** | IC § 11-605(1)(a) | 3,940.00 | 3,940.00 |
| **Clothing and Personal Effects** Husband - $200 Wife - $300 | IC § 11-605(1)(b) | 500.00 | 500.00 |
| **Wedding Ring Set - $200; 2 Sets Earrings - $100** | IC § 11-605(2) | 300.00 | 300.00 |
| **2 Bikes - $130; Golf Clubs - $100** | IC § 11-605(10) | 230.00 | 230.00 |
| **1985 Toyota Tercel** | IC § 11-605(3) | 600.00 | 600.00 |
| **1990 Dodge Caravan (not running)** | IC § 11-605(3) | 500.00 | 500.00 |

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) · Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE Kenneth Sevy & Jennifer Sevy _____ Case No. _____

_____ Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Latham Motors, Inc.** <br> **510 2nd Avenue S** <br> **Twin Falls, ID 83301** | | H | Loan on 1990 Dodge Caravan <br><br> Value $ 500.00 | | | | 924.57 | 424.57 |
| Account No. <br> **Idaho Collection Bureau** <br> **P.O. Box 576** <br> **Twin Falls, ID 83303-0576** | | | Assignee or other notification for: <br> Latham Motors, Inc. <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |
| Account No. | | | <br><br> Value $ | | | | | |

_____0 Continuation Sheets attached

| | Subtotal (Total of this page) | 924.57 |
|---|---|---|
| | (Complete only on last sheet of Schedule D) **TOTAL** | 924.57 |

(Report total also on Summary of Schedules)

© 1983-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE <u>Kenneth Sevy & Jennifer Sevy</u>                                    Case No. _____
                                     Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

................0 Continuation Sheets attached

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE <u>Kenneth Sevy & Jennifer Sevy</u> _____ Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6643**<br>Bruce C. McComas, M.D.<br>496 C Shoup Ave W<br>Twin Falls, ID 83301 | | C | 2003 Medical Services | | | | 95.00 |
| Account No.<br>Cable One<br>261 Eastland Drive<br>Twin Falls, ID 83301 | X | W | 2002 Utility Services | | | | 615.18 |
| Account No.<br>Statewide Collections, Inc.<br>P.O. Box 782<br>Twin Falls, ID 83303-0782 | | | Assignee or other notification for:<br>Cable One | | | | |
| Account No.<br>Cable One<br>261 Eastland Drive<br>Twin Falls, ID 83301 | | W | 2003 Utility Services | | | | 68.70 |
| Account No.<br>Credit Collection Services<br>P.O. Box 55126<br>Boston, MA 02205-5126 | | | Assignee or other notification for:<br>Cable One | | | | |

<u>7</u> Continuation Sheets attached

| | |
|---|---|
| Subtotal<br>(Total of this page) | 778.88 |
| (Complete only on last sheet of Schedule F) **TOTAL** | |
| (Report total also on Summary of Schedules) | |

© 1993-2001 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE Kenneth Sevy & Jennifer Sevy

Debtor(s)                                    Case No.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4388 6419 4595 3698** | | C | '98-'03 Revolving Charge Account | | | | |
| **Capital One** P.O. Box 60000 Seattle, WA 98190-6000 | | | | | | | 573.35 |
| Account No. | | | Assignee or other notification for: Capital One | | | | |
| **Capital One Services** P.O. Box 25131 Richmond, VA 23276-0001 | | | | | | | |
| Account No. | | | Assignee or other notification for: Capital One | | | | |
| **RMA** 880 Grier Drive Las Vegas, NV 89119 | | | | | | | |
| Account No. **5291 0717 4729 8428** | | W | '98-'03 Revolving Charge Account | | | | |
| **Capital One** P.O. Box 60000 Seattle, WA 98190-6000 | | | | | | | 746.25 |
| Account No. | | | Assignee or other notification for: Capital One | | | | |
| **NAFS** P.O. Box 920789 Norcross, GA 30010 | | | | | | | |
| Account No. **122 53010799** | | W | 2002 Medical Services | | | | |
| **Cassia Regional Medical Center** 1501 Hiland Avenue Burley, ID 83318 | | | | | | | 358.27 |
| Account No. | | | Assignee or other notification for: Cassia Regional Medical Center | | | | |
| **ARC** Intermountain Health Care P.O. Box 410400 Salt Lake City, UT 84141-0400 | | | | | | | |

Sheet ____1___ of _____7___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 1,677.87

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kenneth Sevy & Jennifer Sevy
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **122-15204102-7**<br>**Cassia Regional Medical Center**<br>**1501 Hiland Avenue**<br>**Burley, ID 83318** | X | W | '00-'03 Medical Services | | | | 1,259.34 |
| Account No.<br>**Dalling & Dalling**<br>**P.O. Box 50050**<br>**Idaho Falls, ID 83405** | | | Assignee or other notification for:<br>Cassia Regional Medical Center | | | | |
| Account No.<br>**Cassia Regional Medical Center**<br>**1501 Hiland Avenue**<br>**Burley, ID 83318** | | H | 2003 Medical Services | | | | 300.00 |
| Account No.<br>**ColorTyme**<br>**388 N. Overland**<br>**Burley, ID 83318** | | C | 2003 Personal Loan | | | | 430.00 |
| Account No.<br>**Evening Medical Clinic**<br>**1252 Bennett Ste B**<br>**Burley, ID 83318** | | W | 2003 Medical Services | | | | 75.00 |
| Account No.<br>**Statewide Collections, Inc.**<br>**P.O. Box 782**<br>**Twin Falls, ID 83303-0782** | | | Assignee or other notification for:<br>Evening Medical Clinic | | | | |
| Account No.<br>**Family Health Services**<br>**1308 Bennett**<br>**Burley, ID 83318** | X | W | 2000 Medical Services | | | | 33.28 |

Sheet _____2____ of _____7____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   2,097.62

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>Kenneth Sevy & Jennifer Sevy</u>      Case No. _____
                      Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Statewide Collections, Inc.<br>P.O. Box 782<br>Twin Falls, ID 83303-0782 | | | Assignee or other notification for:<br>Family Health Services | | | | |
| Account No. 5076<br>Gilbert K. Crane, M.D.<br>1263 Bennett Avenue, Suite 1<br>Burley, ID 83318 | | W | 2003 Medical Services | | | | 50.00 |
| Account No.<br>Bonneville Collections<br>P.O. Box 309<br>Ogden, UT 84402-0309 | | | Assignee or other notification for:<br>Gilbert K. Crane, M.D. | | | | |
| Account No. 718-00092410<br>Hospital Acceptance<br>P.O. Box 410411<br>Salt Lake City, UT 84141-0411 | | W | 2003 Medical Services | | | | 351.21 |
| Account No.<br>Hospital Acceptance<br>P.O. Box 27278<br>Salt Lake City, UT 84127-0278 | | | Assignee or other notification for:<br>Hospital Acceptance | | | | |
| Account No. 70746<br>Idaho Collection Bureau<br>P.O. Box 576<br>Twin Falls, ID 83303-0576 | | C | 2003 Collection on Various Accounts | | | | 3,648.86 |
| Account No. 76117<br>Intermountain Gas<br>687 Blue Lakes Blvd N<br>Twin Falls, ID 83301 | | W | 2003 Utility Services | | | | 47.58 |

Sheet _____ 3 of _____ 7 Continuation Sheets attached to Schedule F

| | |
|---|---|
| Subtotal<br>(Total of this page) | 4,097.65 |

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Kenneth Sevy & Jennifer Sevy</u>      Case No. _____

<div align="center">Debtor(s)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Idaho Collection Bureau** <br> **P.O. Box 576** <br> **Twin Falls, ID 83303-0576** | | | **Assignee or other notification for:** <br> **Intermountain Gas** | | | | |
| Account No. <br> **Joseph R. Petersen, M.D.** <br> **P.O. Box 1263** <br> **Burley, ID 83318** | C | | **2003 Medical Services** | | | | 2,000.00 |
| Account No. 31489 <br> **Magic Valley Oral Surgery** <br> **590 Falls Avenue** <br> **Twin Falls, ID 83301** | C | | **2003 Medical Services** | | | | 60.00 |
| Account No. <br> **Statewide Collections, Inc.** <br> **P.O. Box 782** <br> **Twin Falls, ID 83303-0782** | | | **Assignee or other notification for:** <br> **Magic Valley Oral Surgery** | | | | |
| Account No. 10013655337 <br> **Magic Valley Regional Med Center** <br> **P.O. Box 409** <br> **Twin Falls, ID 83303** | C | | **2003 Medical Services** | | | | 388.00 |
| Account No. <br> **Risk Management Alternatives** <br> **P.O. Box 105450** <br> **Atlanta, GA 30348-5450** | | | **Assignee or other notification for:** <br> **Magic Valley Regional Med Center** | | | | |
| Account No. <br> **RMA** <br> **9180 West Barnes Dr.** <br> **Boise, ID 83709** | | | **Assignee or other notification for:** <br> **Magic Valley Regional Med Center** | | | | |

Sheet \_\_\_\_**4** of \_\_\_\_\_**7** Continuation Sheets attached to Schedule F

<div align="right">

Subtotal
(Total of this page)    **2,448.00**

(Complete only on last sheet of Schedule F) **TOTAL**   
(Report total also on Summary of Schedules)
</div>

*© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE <u>Kenneth Sevy & Jennifer Sevy</u> _____ Case No. _____
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. F0013855170<br><br>Magic Valley Regional Med Center<br>P.O. Box 409<br>Twin Falls, ID 83303 | | C | 2003 Medical Services | | | | 234.75 |
| Account No.<br><br>Risk Management Alternatives<br>P.O. Box 105450<br>Atlanta, GA 30348-5450 | | | Assignee or other notification for:<br>Magic Valley Regional Med Center | | | | |
| Account No.<br><br>RMA<br>9180 West Barnes Dr.<br>Boise, ID 83709 | | | Assignee or other notification for:<br>Magic Valley Regional Med Center | | | | |
| Account No. F0014023022<br><br>Magic Valley Regional Med Center<br>P.O. Box 409<br>Twin Falls, ID 83303 | | C | 2003 Medical Services | | | | 117.00 |
| Account No.<br><br>Risk Management Alternatives<br>P.O. Box 105450<br>Atlanta, GA 30348-5450 | | | Assignee or other notification for:<br>Magic Valley Regional Med Center | | | | |
| Account No.<br><br>RMA<br>9180 West Barnes Dr.<br>Boise, ID 83709 | | | Assignee or other notification for:<br>Magic Valley Regional Med Center | | | | |
| Account No. 1308<br><br>Mark A. Dowdle, M.D.<br>1501 Hiland Avenue, Suite B2<br>Burley, ID 83318 | | W | 2003 Medical Services | | | | 879.99 |

Sheet _____ 5 of _____ 7 Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)        1,231.74

(Complete only on last sheet of Schedule F)   TOTAL
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Kenneth Sevy & Jennifer Sevy</u> ................................ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bonneville Collections**<br>**P.O. Box 309**<br>**Ogden, UT 84402-0309** | | | Assignee or other notification for:<br>Mark A. Dowdle, M.D. | | | | |
| Account No. 8511967153<br>**Maurices**<br>**P.O. Box 659705**<br>**San Antonio, TX 78265** | | H | '98-'03 Revolving Charge Account | | | | 345.79 |
| Account No.<br>**WFNNB**<br>**P.O. Box 659704**<br>**San Antonio, TX 78265-9704** | | | Assignee or other notification for:<br>Maurices | | | | |
| Account No.<br>**WFNNB**<br>**P.O. Box 182685**<br>**Columbus, OH 43218-2685** | | | Assignee or other notification for:<br>Maurices | | | | |
| Account No. 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<br>**McClusky Clinic, PC**<br>**P.O. Box 587**<br>**Twin Falls, ID 83303-0587** | | W | 2003 Medical Services | | | | 1,147.00 |
| Account No.<br>**Minuteman Cash, LLC**<br>**305 East Main**<br>**Burley, ID 83318** | | C | 2003 - Judgment | | | | 1,662.35 |
| Account No.<br>**Clayne S. Zollinger, Jr.**<br>**P.O. Box J**<br>**Rupert, ID 83350** | | | Assignee or other notification for:<br>Minuteman Cash, LLC | | | | |

Sheet _____ **6** of _____ **7** Continuation Sheets attached to Schedule F

|  | Subtotal<br>(Total of this page) | 3,155.14 |
|---|---|---|
| (Complete only on last sheet of Schedule F) | **TOTAL** | |

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE <u>Kenneth Sevy & Jennifer Sevy</u>                                     Case No. _____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **246267**<br><br>**Mountain Med Physician Specialists**<br>**296 E 3900 S**<br>**Salt Lake City, UT  84107** | | W | 2003 Medical Services | | | | 339.00 |
| Account No. **00279830**<br><br>**Utah Radiology Associates**<br>**C/O Bonded Adjustment Bureau**<br>**1321 East 3300 South, Suite 6**<br>**Salt Lake City, UT  84106–3106** | | W | 2003 Medical Services | | | | 84.22 |
| Account No.<br><br>**Bonded Adjustment Bureau**<br>**1321 East 3300 South, Suite 6**<br>**Salt Lake City, UT  84106–3016** | | | Assignee or other notification for:<br>Utah Radiology Associates | | | | |
| Account No.<br><br>**Val Garn, D.D.S**<br>**2200 Park Avenue, Suite 1**<br>**Burley, ID  83318** | | C | 2003 Medical Services | | | | 919.34 |
| Account No.<br><br>**Credit Bureau Of Rupert**<br>**P.O. Box 574**<br>**Rupert, ID  83350** | | | Assignee or other notification for:<br>Val Garn, D.D.S | | | | |
| Account No.<br><br>**Wayne Wright, DDS**<br>**2200 Parke Avenue Ste 1**<br>**Burley, ID  83318** | | W | 2003 Medical Services | | | | 15.00 |
| Account No.<br><br>**Credit Bureau Of Rupert**<br>**P.O. Box 574**<br>**Rupert, ID  83350** | | | Assignee or other notification for:<br>Wayne Wright, DDS | | | | |

Sheet _____ **7** of _____ **7** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)                1,357.56

(Complete only on last sheet of Schedule F)  **TOTAL**                16,844.46
(Report total also on Summary of Schedules)

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kenneth Sevy & Jennifer Sevy _____ Case No. _____
                                    Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kenneth Sevy & Jennifer Sevy

_____    Case No. _____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jesse Cantu<br>Box 800<br>Heyburn, ID 83336 | Family Health Services<br>1308 Bennett<br>Burley, ID 83318<br><br>Cable One<br>261 Eastland Drive<br>Twin Falls, ID 83301<br><br>Cassia Regional Medical Center<br>1501 Hiland Avenue<br>Burley, ID 83318 |

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE <u>Kenneth Sevy & Jennifer Sevy</u>                                    Case No. _____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES J. Cantu I. Cantu A. Sevy | AGE 7 4 2 | RELATIONSHIP Child Child Child |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Carpenter/Installer** | **Disabled - Not Employed** |
| Name of Employer | **A-1, Inc.** | |
| How long employed | **4 Years** | |
| Address of Employer | **295 S. 250 E. Burley, ID  83318** | |

<div style="writing-mode: vertical-rl">© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

Income: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | 2,400.00 | $ |
| Estimated monthly overtime | $ | | $ |
| **SUBTOTAL** | $ | 2,400.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | 550.00 | $ |
| b. Insurance | $ | | $ |
| c. Union dues | $ | | $ |
| d. Other (specify) | $ | | $ |
| | $ | | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 550.00 | $ 0.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | 1,850.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| Income from real property | $ | | $ |
| Interest and dividends | $ | | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| Social Security or other government assistance (Specify) | $ | | $ |
| Pension or retirement income | $ | | $ |
| Other monthly income (Specify) | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **TOTAL MONTHLY INCOME** | $ | 1,850.00 | $ 0.00 |

**TOTAL COMBINED MONTHLY INCOME $** _____ **1,850.00**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

IN RE Kenneth Sevy & Jennifer Sevy _____ Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 450.00 |
| Are real estate taxes included?   Yes ____ No ✓ | |
| Is property insurance included?   Yes ____ No ✓ | |
| Utilities: Electricity and heating fuel | $ 220.00 |
| Water and sewer | $ |
| Telephone | $ 50.00 |
| Other Cable TV | $ 45.00 |
| | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 20.00 |
| Clothing | $ 400.00 |
| Laundry and dry cleaning | $ 75.00 |
| Medical and dental expenses | $ 20.00 |
| Transportation (not including car payments) | $ 210.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ |
| Life | $ |
| Health | $ |
| Auto | $ |
| Other | $ 50.00 |
| | $ |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| | $ |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ |
| Other | $ |
| | $ |
| | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other Diapers | $ 50.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ 1,790.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each _____ | $ |
| (interval) | |

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

IN RE <u>Kenneth Sevy & Jennifer Sevy</u>                                                          Case No. _____
_____
                    Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **19** sheets, and that
they are true and correct to the best of my knowledge, information, and belief.                    (Total shown on summary page plus 1)

Date: **4-9-04**                    Signature: _____
                                              Kenneth Sevy                                              Debtor

Date: **4-9-04**                    Signature: _____
                                              Jennifer Sevy                                        (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____                    _____
Signature of Bankruptcy Petition Preparer                                    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                        (Total shown on summary page plus 1)

Date: _____    Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1983-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Idaho**

IN RE:                                                                Case No. _____

Kenneth Sevy & Jennifer Sevy                          Chapter **7** _____
_____
                    Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case if filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 9,363.03 | 2004 Year to Date - Employment<br>Husband - $9,363.03<br>Wife - $-0- |
| 36,789.00 | 2003 Employment<br>Husband - $28,998<br>Wife -$7,801 |
| 27,892.00 | 2002 Employment<br>Husband - $25,000 (Approx)<br>Wife - $12,892 |

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, or profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☑  a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑  b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cassia Regional Medical Center vs. Jennifer Cantu and Jesse Cantu**<br>**Case No. CV 03-2098** | **Collection Action** | **Magistrate Court**<br>**Cassia County, Idaho** | **Judgement within one year** |
| **Minuteman Cash, LLC vs. Kenneth & Jennifer Sevy**<br>**Case No. CV 2003-1542*M** | **Collection Action** | **Magistrate Court**<br>**Cassia County, Idaho** | **Judgement within one year** |

None
☐ b. Describe all property than has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Minuteman Cash, LLC**<br>**305 East Main**<br>**Burley, ID 83318** | | **Wages are being garnished** |

**5. Repossessions, foreclosures and returns**

None
☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None
☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None
☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stanley Holloway**<br>**P.O. Box 249**<br>**Burley, ID 83318** | **3-23-04** | **$209 Filing Fees**<br>**$300 Attorney Fees** |

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2236 Hansen Drive, Apt 2C**<br>**Burley, ID 83318** | **Jennifer Aldrich** | **to June 2003** |
| **256 E 300 S**<br>**Burley, ID 83318** | **Kenneth Sevy** | **To January 2004** |

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Jesse Cantu**
**Divorced in April, 2001**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**None** ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**None** ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

**None** ☑ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

**None** ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 4-9-04

Signature of Debtor _____ **Kenneth Sevy**

Date: 4-9-04

Signature of Joint Debtor _____ **Jennifer Sevy**
(if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Idaho**

IN RE:

Kenneth Sevy & Jennifer Sevy _____

Debtor(s)

Case No. _____

Chapter 7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| 1990 Dodge Caravan (not running) | Latham Motors, Inc. |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U.S.C. § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U.S.C. § 524(C) |
|---|---|---|---|---|
| None | | | | |

_4-9-64_
Date

Kenneth Sevy
Debtor

Jennifer Sevy
Joint Debtor (if applicable)

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No. _____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer

Date _____

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2001 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only